UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 06-227 (RBW)
)
DARNELL ANTHONY JACKSON, et al., )
)
Defendants. )

## ORDER

In accordance with the Court's oral orders issued during the status conference on October 10, 2006, it is hereby

**ORDERED** that any defendant who opposes the government's Motion for Exclusion of Time Under the Speedy Trial Act shall file their oppositions by Friday, October 20, 2006.

**SO ORDERED** this 11th day of October, 2006.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge