UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Criminal No.06-227-09 (RBW) |
| (Darnell Jackson, et.al. -01) | * | Judge Reggie B. Walton |
| **JOHN DOWNS (Defendant-09)** | * | |

### ORDER GRANTING MOTION TO CONTINUE STATUS HEARING

This matter is before the Court on the Defendant's Motion for Continuance of the Status Hearing set for Thursday, April 26, 2007. Upon consideration of the basis for the motion, and in view of the fact that counsel for the government has expressed no opposition to the Defendant's request to vacate the previously set hearing date and a continuance of the case for approximately ten (10) days for further proceedings, it is hereby,

**ORDERED**, that the Status Hearing set for April 26, 2007 is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court schedule a further **STATUS HEARING** in this case on _____, at _____ a.m./p.m.

SO ORDERED, this _____ day of April, 2007.

_____
**REGGIE B. WALTON**
United States District Judge