**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Criminal No.06-227-09 (RBW) |
| (Darnell Jackson, et.al. -01) | * | Judge Reggie B. Walton |
| **JOHN DOWNS  (Defendant-09)** | * | |

**NOTICE OF FILING OF ORDER RELATING TO DOCUMENT #134 DEFENDANT**
**JOHN DOWN'S MOTION TO SUPPRESS STATEMENTS**


COMES NOW, defendant John Downs III, by and through counsel, and hereby submits the

attached proposed Order which the Clerk which was inadvertently omitted as an attachment to his

Motion to Suppress Statements (Document #134) which was filed with the Court on June 18, 2007.


Respectfully Submitted

John Downs III
By Counsel:


_____/s/_____
James W. Rudasill #318113
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
(202) 783-7908


CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing Motion for Continuance of Status Hearing was
served by electronic mail-ECF-CMS  to Elisabeth S. Poteat, Esq., Assistant U.S. Attorney's U.S.
Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530, this
19th day of  June, 2007.


_____/s/ James Rudasill_


James W. Rudasill, Esq.