UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Criminal No.06-227-09 (RBW) |
| (Darnell Jackson, et.al. -01) | * | Judge Reggie B. Walton |
| **JOHN DOWNS (Defendant-09)** | * | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion To Suppress Statements And Points And Authorities In Support Thereof, any opposition thereto, and the entire record in this case, it is this ___ day of_____, 2007,

ORDERED that Defendant's Motion To Suppress Statements be and hereby is **GRANTED.**

_____
**REGGIE B. WALTON**
United States District Judge