UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 06 - 227 - 09 (RBW) |
| | ) |
| **(Darnell Jackson, et.al. Def.-01)** | ) |
| **JOHN DOWNS III** | ) |

**DEFENDANT DOWNS MOTION FOR AN ORDER DIRECTING THE DEPARTMENT OF CORRECTIONS TO PROVIDE A NUTRITIOUS LUNCH DURING TRIAL**

Comes Now, John Downs, III, by and through the undersigned counsel, and respectfully move this Honorable Court for an Order directing the Warden of the District of Columbia Jail to provide a greater variety of nutritious lunch to Defendants during the duration of this trial. In support of this motion, undersigned counsel states as follows:

1. Defendants are currently scheduled to begin trial on October 2, 2007, which is expected to last up to two months.

2. Currently, defendants on trial are provided a brown bag lunch by the D.C. Jail. The lunch is transported with the defendants from the jail every morning.

3. The brown bag lunch consists principally of a slice of cheese between two slices of bread. Because the defendants will be in court all day, they do not have the opportunity to enjoy a more varied and nutritional lunch as they could if they were to remain at the Jail

4. Because defendants must sit relatively still for long periods of time in court, and because cheese is a known constipating agent, Mr. Downs may experience gastric discomfort due to lactose intolerant.  Mr. Downs does not normally eat cheese or other milk products.   Individuals who do not have enough lactas Respectfully submitted,

e to digest the amount of lactose they consume may feel very uncomfortable when they digest milk products. Common symptoms, which range from mild to severe, include nausea, cramps, bloating, gas, and diarrhea. Symptoms begin about 30 minutes to 2 hours after eating or drinking foods containing lactose. The severity of symptoms depends on many factors, including the amount of lactose a person can tolerate and a person's age, ethnicity, and digestion rate.

5. Mr. Downs contends, upon information and belief, the D.C. Jail has the ability to provide a more varied lunch for the defendants while the trial progresses  The jail was ordered to, and did provide, a more varied selection of lunches to defendants on trial in **United States v. Franklin** (CR 04-128, Judge Collyer, ) and **United States v. Jones** (CR05-386,  Judge Huvelle); **United States v. Ball** Cr 05-100, Judge Roberts).

6. **Wherefore**, Defendant Downs, respectfully requests that this Court issue a similar order directing the Warden of the D.C. Jail to provide the defendant with a greater variety of nutritious lunch during the pendency of the trial in this case.

                                        **JOHN DOWNS, III**
                                        **By counsel:**

                                        _____/s/_____
                                        James W.Rudasill, Jr., # 318113
                                        717   D Street, N.W.,   Suite 310
                                        Washington, D.C. 20004
                                        (202) 783-7908

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Filing is being electronically served on Elisa Poteat, Esq. and Emory Cole, Esq., Assistant United States Attorneys for the District of Columbia, 555 Fourth Street, N.W., 5th Floor, Washington, D.C. 20530, and all defense counsel of record this   1st   day of    October, 2007.

                                        _____/s/_____
                                        James W. Rudasill, Jr.