UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06 - 227 - 09 (RBW) |
| | ) |
| (Darnell Jackson, et.al. Def.-01) | ) |
| JOHN DOWNS III | ) |

## ORDER DIRECTING THE DEPARTMENT OF CORRECTIONS TO PROVIDE A NUTRITIOUS LUNCH DURING TRIAL

The Court having considered the defendant's Motion, and it appearing to the Court that good cause has been shown for the granting of relief, and in the absence of any government objection thereto, defendant's Motion is hereby **GRANTED.**

The Warden of the D.C. Jail is hereby ordered, to the extent practicable, to provide a nutritious bag lunch consisting of something other than "cheese and bread" for the defendant(s) in this case for the duration of the trial in this case.

**So ordered.**

_____ 10/2/07
REGGIE B. WALTON
United States District Judge