UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 06-227 (RBW) |
| | : | |
| TROY HOPKINS | : | |
| JOHN DOWNS III | : | |
| BERNIE HARGROVE | : | |
| LAWRENCE BRYANT | : | |

## ORDER

**TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):**

The Defendants in this case (Troy Hopkins, DCDC# 314-893; Bernie Hargrove, DCDC# 311-284.) are currently in trial before this Court for the next six (6) to eight (8) weeks.

It has been brought to the Court's attention that Defendants are provided a lunch sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the length of this trial, the Court is hereby directing the Warden to provide a greater variety of sandwiches to Defendants during the course of their tral.

Date: October  10th , 2007.

Reggie B. Walton
United States District Judge