FILED
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :   Criminal No.: 06-227-09 (RBW)
                                :
JOHN DOWNS, III                 :

## VERDICT FORM

As to the charge of conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

Not Guilty _____  Guilty __X__

_____
Foreperson

__11/27/07__
Date

If you agree with the verdict as indicated by your foreperson, please sign your name below: