UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | Criminal No.06-227-09 (RBW) |
| (Darnell Jackson, et.al. -01) | * | Judge Reggie B. Walton |
| JOHN DOWNS (Defendant-09) | * | |

**MOTION FOR LEAVE TO WITHDRAW
and for APPOINTMENT OF NEW COUNSEL**

Comes Now, James W. Rudasill, Jr., court- appointed counsel for John Downs III, and respectfully request leave of the Court to withdraw his appearance in this case based upon the defendant's written request dated December 1, 2007, that he wishes to file a motion for new trial based upon a claim of ineffective assistance of trial counsel pursuant to **Strickland v. Washington** 466 U.S. 668 (1984).

**I. Procedural Background**:

1.On July 27, 2006, the U.S. Attorney for the District of Columbia filed a multiple count indictment in this case. Count One of the indictment charges the defendant, John Downs III, and thirteen others: Darnell A. Jackson, Troy A. Hopkins, Tony F. Hilt, Tinesha D. Adams, Shawntae Anderson, Lawrence Bryant, Troy J.Chavios, Christopher M. Dobbins, Lanika M. Franklin, William H. Gray, Bernie Hargrove, John Doe a/k/a Keith Roots, and Dominique M. Washington with Conspiracy to Possess with Intent to Distribute and Distribution of One Kilogram Grams or More of Phencyclidine, in violation of Title 21, U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(iv).

2. On August 3, 2006, John Downs, III was arrested at his sister's home in Columbia, Maryland. On this same date, after his arrest, Mr. Downs made custodial statements, after the advisement of *Miranda* rights, implicating himself as a small quantity PCP distributor in the

Annapolis, Maryland area whose supplier was Darnell Jackson, the lead defendant in this case.

3.  The undersigned attorney was appointed to represent Mr. Downs under the Criminal Justice Act, on or about August 3, 2006.  Counsel represented Mr. Downs at his initial appearance/detention hearing, arraignment, numerous status hearings and at trial.  Counsel filed pretrial motions including: review of order of detention, omnibus discovery and suppression motions.  Counsel requested and reviewed all pertinent documents, transcripts and electronic surveillance files and recordings with the defendant prior to trial.

4.  Furthermore, counsel negotiated a plea agreement with the government, on Mr. Downs behalf, and personally participated in approximately ½ dozen debriefing meetings with this defendant, Assistant U.S. Attorneys Elisa Poteat and Emery Cole, and a number of special agents assigned to the case.  These negotiations were successful, to the extent that, at the conclusion of the motions hearings on September 24, 2007, government counsel placed on the record that if Mr. Downs would enter into the plea agreement on the eve of trial, he would still most likely qualify for a downward sentencing departure pursuant to U.S.S.G. Sec. 5K1.1.

5.  At trial, which began on September 25, 2007, appointed counsel called eleven witnesses at trial on behalf of Mr. Downs.  Counsel's closing argument in the case spanned more than ninety minutes over two days.  Nonetheless, on November 27, 2007, the jury returned a verdict of Guilty as to Count One with respect to Mr. Downs and Troy Hopkins.

**The Interests of Justice require the Appointment of New Counsel for Mr. Downs**

6. Mr. Downs has informed the Court and  counsel  of his desire to pursue a claim of ineffective assistance of trial counsel.  Mr. Downs explains that there are claims of deficient performance and prejudicial lapses with respect to the recently completed trial which should be immediately raised and preserved for appeal, at this time when the matters are fresh in the parties recollection.  Obviously, the defendant's pursuit of such claims makes the continued appearance of

this attorney as counsel of record, untenable.

**Wherefore,** for the above stated reasons, trial counsel respectfully requests leave of the Court to withdraw as counsel of record in this case. Counsel further request that this case be set for a hearing on Ascertainment of Counsel, and that New Counsel be appointed for defendant, John Downs, III.

                Respectfully submitted,
                **John Downs III,** Defendant
                By Counsel:

                James W. Rudasill, Jr. #318113
                717 D Street, N.W., Suite #310
                Washington, D.C., 20004
                (202) 783-7908


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion was served by CM/ECF electronic mail upon Elisabeth Poteat and Emory V. Cole, Assistant United States Attorneys, Narcotics Section, U.S. Attorney's Office for the District of Columbia 555 Fourth Street, N.W., Washington, D.C. 20530, this 10th day of December, 2007, and by similar means upon all defense counsel of record.

                _____
                James W. Rudasill, Jr.