UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS. * | Criminal No.06-227-09 (RBW) |
| (Darnell Jackson, et.al. -01) * | Judge Reggie B. Walton |
| JOHN DOWNS  (Defendant-09) * | |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
### and for APPOINTMENT OF NEW COUNSEL

This Court, having reviewed trial counsel, James W. Rudasill, Jr., Motion for Leave to Withdraw and for Appointment of New Counsel, and any government opposition thereto, and in consideration of the entire record in this case, it appearing to the satisfaction of the Court that such relief is consistent with the interest of justice; it is hereby

**ORDERED**, that trial counsel's motion to withdraw his appearance is **GRANTED.**

**IT IS FURTHER ORDERED**, that the Federal Public Defender's Office appoint new counsel for defendant, John Downs, III, in this case.

Date: December 11, 2007

REGGIE B. WALTON
United States District Judge