US DISTRICT &
BANKRUPTCY COURTS
2008 JAN -3 PM 3:05
RECEIVED

FILED
JAN - 3 2008
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
District Of Columbia

United States OF America      *
          vs.                 *   Criminal No 06-227
John Downs, III               *   Judge Reggie B. Walton

## Defendants Motion For New Counsel

Comes Now, the defendant, John Downs, III, pro se requesting that the Honorable Courts provide him with New Counsel concerning the above case due to the resignation of his former Counsel Mr. James Rudasill Jr. In my request for New Counsel I rely on the following Points and Authorities and other Points and Authorities that may be cited at an hearing on this motion.

I. It is the defendant's Sixth Amendment Right to have Effective Counsel

II. The defendant never asked his former Counsel to withdraw from the case

### Conclusion

For the above reasons and others to be argued at an hearing, the defendant respectfully asks that the Honorable Courts appoint him New Counsel.

Mr. Downs further asks that the Honorable Courts appoint him Mrs. Jennifer Wicks as his New Counsel in this matter. As mentioned in the defendants pre-trial Ineffective Assistance Motion, Mrs. Wicks has agreed to provide assistance to Mr. Downs, as long as the Honorable Courts grant her.

Mr. Downs, request, respectfully a full hearing on this matter where he can be appointed New Counsel.

Respectfully Submitted,
John Downs III

John Downs III #311-318
1901 D St. SE
Washington, DC 20003