**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227 |
| | : | |
| v. | : | |
| | : | |
| JOHN DOWNS III: | | |

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby requests for an enlargement of time in which to respond to Defendant

Downs' motion for a new trial.  As grounds for this request, the government states as follows:

1.      The government seeks to obtain transcripts in order to provide correct attribution

for all facts within the government's response, and these transcripts will not be produced as daily

copies.

2.      Therefore the government requests an extension to file its response.

WHEREFORE, the government requests an enlargement of time in which to file its response.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below.

_____
S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:

1)  Mr. Howard Bernard Katzoff, Esq.
Counsel for Defendant Lawrence Bryant
katzoffh@aol.com

2)  Mr. James W. Rudasill, Jr., Esq.
Counsel for Defendant John Downs
rudasilljr7@aol.com

3)  Mr. Nathan Silver, Esq.
Counsel for Defendant Darnell Jackson
nisquire@aol.com

4)  Mr. Rudy Acree, Esq.
Counsel for Defendant Bernie Hargrove
Faxed to 202-331-7004

5)  Mr. Jensen Barber, Esq.
Counsel for Defendant Keith Roots
jebarber@aol.com

6)  Mr. Gary Sidell, Esq.
Counsel for Defendant Lanika Mercedes Franklin
suitcase@verizon.com

7)  Mr. Harry Tun
Counsel for Defendant Troy Chavious
Tunharry@aol.com

8)  Mr. Steven J. McCool
Attorney for Defendant Damon Dixon
smccool@mallonandmccool.com

9)      Mr. Cary Clennon
        Attorney for Defendant Troy Hopkins
        Clennon_law@comcast.net