UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227 |
| | : | |
| v. | : | |
| | : | |
| JOHN DOWNS III: | | |

## ORDER

Having reviewed the government's motion for an enlargement of time in which to respond to defendant's motion for a new trial and the government's response thereto, the government's motion for an extension is hereby,

GRANTED, this the ___ day of _____, 2008.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA