# United States District Court
## for the District of Columbia

the _22 ND_ day of _January_ 19 _2008_

_United States_

vs.

_John Downs III_ } Civil Criminal
Action No. _06-227-9_

The Clerk of said Court will _enter my appearance in this case_

Date _January 22, 2008_

_414619_

BAR IDENTIFICATION NO.

Signature _Mark J. Carroll_

Print Name _Mark J. Carroll_

Address _9520 Reach Road_

City _Potomac_ State _Md_ Zip Code _20854_

Phone Number _301 762-6453_

CERTIFICATE OF SERVICE