UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOWNS III, <br><br> Defendant. | Criminal Action No. 06-227-09 (RBW) |

## ORDER

John Downs III, the defendant in this criminal proceeding, filed both a motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 and a motion requesting the appointment of Jennifer Wicks as his attorney without assistance from counsel on December 10, 2007, and January 3, 2008, respectively. Since that time, new counsel has been appointed to the defendant. It therefore appears to the Court that the defendant's motion for the appointment of new counsel is moot. Moreover, given the appointment of new counsel for the defendant as well as the motion filed by the United States for an extension of time in which to respond to the defendant's motion for a new trial, it is appropriate to set a briefing schedule for the defendant's motion for a new trial so that all of the parties to this case have an opportunity to address adequately the issues raised therein.

Accordingly, it is

1

**ORDERED** that the defendant's motion for the appointment of new counsel is **DENIED** as moot. It is further

**ORDERED** that the defendant shall file his memorandum of law in support of his motion for a new trial, if any, on or before February 25, 2008. It is further

**ORDERED** that the United States shall file its opposition, if any, to the defendant's motion for a new trial on or before March 26, 2008. It is further

**ORDERED** that the defendant shall file his reply memorandum, if any, in support of his motion for a new trial on or before April 10, 2008. It is further

**ORDERED** that the motion of the United States for an extension of time in which to respond to the defendant's motion for a new trial is **DENIED** as moot in light of the other provisions of this order.

**SO ORDERED** this 22 d day of January, 2008.

REGGIE B. WALTON
United States District Judge