UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Criminal Action No. 06-227-09 (RBW)
)
JOHN DOWNS III, )
)
Defendant. )
)

**ORDER**

It is

**ORDERED** that all parties shall appear before this Court for a status hearing on February 20, 2008, at 10:00 a.m.

**SO ORDERED** this 5th day of February, 2008.

REGGIE B. WALTON
United States District Judge