*Leave to file is granted*
*J. Walton*
*2/5/08*

United States of America

v.

John Downs, III

Crim. No. 06-227

Honorable Reggie B. Walton

## MOTION FOR RECONSIDERATION OF APPOINTMENT OF NEW COUNSEL

Comes Now, the defendant, JOHN DOWNS III, pro se, hereby moves this Honorable Court for reconsideration of Motion For New Counsel. In support of this motion, Defendant relies on the following Points and Authorities and other Points and Authorities that may be cited at a hearing on this motion,

1. Defendants', current court appointed counsel, Mark Carroll, entered his appearance for the defendant on January 4, 2008. Defendant filed a Motion for New Counsel on January 3, 2008 due to the fact that the defendant had been without Counsel since December 12, 2007, per the Motion for Withdrawal of Attorney James Rudasill. As stated in defendants previous Motion For New Counsel dated January 3, 2008, defendant never asked his former counsel James Rudasill to withdraw from the case. Mr. Carroll met with the defendant on January 4, 2008 for approximately 5 minutes. After no contact from Mr. Carroll, defendants' family member informed defendant John Downs, III of the recent Order signed by Honorable Reggie B. Walton on January 22, 2008. Due to the fact that Mr. Carroll and the defendant had not communicated since January 4, 2008, defendant had a third party contact Mr. Carroll on January 28, 2008 to find out when the defendant could meet with Mr. Carroll to review his concerns with regards to case #06-227. A third party communicated to the defendant that Mr. Carroll stated that the defendants' case was not a priority with regards to sentencing scheduled for Feb 20, 2008 and that he is loaded with case work.

2. Counsel, Mark Carroll failure to provide defendant with a copy of opening and closing argument transcripts from jury trial. Counsel's failure to communicate and inform Defendant of new deadlines, and counsel's statement that he is loaded with case work, prevents the defendant from stating his claims in memorandum of law in support of his motion for a new trial by February 25, 2008. With the tight deadline on filing the memorandum of law, defendant is handicapped as Mr. Carroll has made no indication of his intent to file memorandum of law by the February 25, 2008 deadline. In addition, defendant may have to file the memorandum of law Pro Se. In the interest of justice and due process of law, with Mr. Carroll's case load, defendant is not confident that he will have the time

to review the transcripts in there entirety to address the issues as a basis for a new trial.

3. Defendant requests this Honorable Court to provide pre-trial transcripts from the hearing held on September 24, 2007, in support of his motion for a new trial.

4. Defendant requests this Honorable Court to provide pre-trial transcripts for defendants case #06-328 from the hearing held on March 29, 2007, in support of his motion for a new trial.

## Conclusion

For the above reasons and others to be argued at a hearing, the defendant respectfully asks the Honorable Court to make a special appointment of Mrs. Jenifer Wicks as defendants New Counsel in this matter. As mentioned in defendants Pre-Trial Ineffective Assistance of Counsel Motion filed March 22, 2007, Mrs. Wicks has agreed to provide assistance to defendant John Downs, III as long as the Honorable Court grants her.

Mr. Downs, request, respectfully a full hearing on this matter where he can be appointed New Counsel.

Respectfully Submitted,

*[signature]*

John Downs, III #311318
1901 D St. SE
Washington, DC 20003