UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| v. | * | Cr. No. 06-227 (RBW) |
| | * | |
| | * | |
| **JOHN DOWNS III** | * | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND CONTINUE SENTENCING

COMES NOW ATTORNEY Mark J. Carroll, and hereby respectfully moves this Honorable Court for the entry of an Order granting an enlargement of time to file post-trial motions on behalf of defendant, John Downs III, up to and including June 9, 2008, a date which should allow counsel to fully review the trial transcripts and prepare any proper post-trial motions. Additionally, Mr. Downs requests that his sentencing be continued until after his hearing for a new trial. As grounds for this Motion, counsel states the following based on information and belief:

1. Sentencing is currently scheduled for May 9, 2008.

2. On January 22, 2008, the Court has previously ordered all defendants to file post-trial motions on or before April 10, 2008. A post-trial motions hearing date has not been scheduled by the Court.

3. Counsel for Mr. Downs received seven trial transcripts on May1, 2008. There is

still one that has not been produced.

5. At this time, it will be premature for counsel to file the above-mentioned post-trial motions before the completion of proper of the trial transcripts and legal research.

6. Granting an enlargement of time to file post-trial motions should not impede the orderly administration of the proceedings in this case. Furthermore, under the circumstances presented, an enlargement of time to file post-trial motions will conserve the Court's valuable resources.

7. Counsel requests that there be a conference call between all parties to set a new date that does not conflict with the Court and opposing party's vacation schedules.

**WHEREFORE**, for the foregoing and any other reasons that may appear just and proper, undersigned counsel respectfully moves this Honorable Court for the entry of an Order granting an enlargement of time to file post-trial motions on behalf of defendant John Downs III, up to and including June 9, 2008, date which will allow counsel to fully review trial transcripts and prepare any proper post-trial motions.

Respectfully submitted,

     /s/
Mark J. Carroll, #414-619
9520 Reach Road
Potomac, Md. 20854
Tel. No. (301) 762-6453
Fax No. (301) 762-6454
Cell No. (443) 421-3475
Markjcarroll@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st Day of April, 2008, a copy of the foregoing Motion To Enlarge Time and accompanying order, was served via postage prepaid first class mail, or by hand delivery, or by email, or by fax, to:

S. Elisabeth Poteat  
Assistant United States Attorney  
U. S. Attorney's Office  
555 Fourth Street, N. W.  
Washington, D.C. 20530

                                    Respectfully submitted,

                                      _**/s/**_  
                                Mark J. Carroll, #414-619  
                                9520 Reach Road  
                                Potomac, Md. 20854  
                                Tel. No. (301) 762-6453  
                                Fax No. (301) 762-6454  
                                Cell No. (443) 421-3475  
                                Markjcarroll@hotmail.com