UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| * | |
| * | |
| v.   * | Cr. No. 06-227 (RBW) |
| * | |
| * | |
| **JOHN DOWNS III** * | |

**O R D E R**

This matter is before the Court on defendant John Downs III Motion For an Enlargement of Time to File pleadings in defendant's Rule 33 Motion for a new trial and to continue sentencing, and for good cause shown,

it is this ____ day of _____, 2008,

**ORDERED** that the defendant's Motion should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that the defendant shall file his memorandum of law in support of his motion for a new trial, if any, on or before_____, 2008. It is further

**ORDERED** that the United States shall file its opposition, if any, to the defendant's motion for a new trial on or before _____, 2008. It is further

**ORDERED** that the defendant shall file his reply memorandum, if any, in support of his motion for a new trial on or before _____, 2008. It is further

**SO ORDERED** this ____ day of April, 2008,

_____
Judge Reggie B. Walton
U. S. District Court for
the District of Columbia

Copies to:

S. Elisa Poteat
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street,  N.W.
Washington, D. C. 20530