UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | Cr. No. 06-227 (RBW) |
| | * | |
| | * | |
| JOHN DOWNS III | * | |

## COUNSEL'S POSITION ON DEFENDANT'S ARGUMENTS RAISED IN *PRO SE* MOTION FOR A NEW TRIAL PURUANT TO RULE 33 OF THE FEDERAL RULES OF [CRIMINAL PROCEDURE]{.underline}

COMES NOW ATTORNEY Mark J. Carroll, and hereby respectfully moves this Honorable Court not to incorporate the arguments raised in the defendant's pro se submissions with the motion filed by counsel.

**WHEREFORE**, for the foregoing and any other reasons that may appear just and proper, undersigned counsel respectfully moves this Honorable Court to waive previous arguments raised *pro se* by the defendant in his motion for a new trial.

Respectfully submitted,

 [/s/]{.underline}
Mark J. Carroll, #414-619
9520 Reach Road
Potomac, Md. 20854
Tel. No. (301) 762-6453
Fax No. (301) 762-6454

          Cell No. (443) 421-3475
          Markjcarroll@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th Day of June, 2008, a copy of the foregoing Motion was served via postage prepaid first class mail, or by hand delivery, or by email, or by fax, to:

S. Elisabeth Poteat
Assistant United States Attorney
U. S. Attorney's Office
555 Fourth Street, N. W.
Washington, D.C. 20530

          Respectfully submitted,

          _____/s/_____
          Mark J. Carroll, #414-619
          9520 Reach Road
          Potomac, Md. 20854
          Tel. No. (301) 762-6453
          Fax No. (301) 762-6454
          Cell No. (443) 421-3475
          Markjcarroll@hotmail.com