UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Criminal Action No. 06-227-09 (RBW)
)
JOHN DOWNS III, )
)
Defendant. )
)

## ORDER

The Court having considered the Government's Motion for Extension of Time to File Oppositions to Defendant's Motion for New Trial, and it appearing to the Court that there is good cause to grant the relief requested therein based upon the defendant's consent as represented to the Court by the United States, it is

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the United States shall file its opposition, if any, to the defendant's motion for a new trial on or before August 15, 2008. It is further

**ORDERED** that the defendant shall file his reply memorandum in support of his motion for a new trial, if any, on or before August 29, 2008.

**SO ORDERED** this 29 day of June, 2008.

REGGIE B. WALTON
United States District Judge