UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-227 (RBW) |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| JOHN DOWNS III, | : | |
| Defendant. | : | |

### ORDER FOR WAIVER OF ATTORNEY-CLIENT PRIVILEGE

UPON CONSIDERATION of the government's motion for miscellaneous relief, it is hereby,

**ORDERED** that for the purposes of the defendant's Rule 35 motion for a new trial that the attorney-client privilege between John Downs, III and James Rudasill, Jr. is waived on this the ____ day of ____, 2008.

Date: _____          _____

                                    REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE