UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOWNS III,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Criminal Action No. 06-227-09 (RBW)<br>)<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

On July 8, 2008, the government filed its Motion for Court[]Order Allowing Prior Counsel to Divulge Client Communications in Support of Government's Opposition to Defendant's Motion for New Trial. Pursuant to Local Criminal Rule 47(b), and taking into account the extra three days provided by Federal Rule of Criminal Procedure 45(c), the deadline for the defendant's opposition was July 22, 2008. That deadline has passed, yet no such opposition has been filed. It is therefore

**ORDERED** that on or before August 18, 2008, the defendant shall show cause in writing why the Court should not treat the government's motion as conceded and grant the motion without further delay unless the defendant files his opposition to the government's motion prior to that time.

**SO ORDERED** this ____ day of August, 2008.

_____
REGGIE B. WALTON
United States District Judge