UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No. 06-227-09 (RBW)
)
JOHN DOWNS III, )
)
Defendant. )

## ORDER

It is

**ORDERED** that all parties shall appear before this Court on September 30, 2008, at 9:00 a.m. for a hearing on the defendant's motion for a new trial.

**SO ORDERED** this 13th day of August, 2008.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge